**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 16-14078-CR-ROSENBERG/MAYNARD**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**KEVRENCE LAVALE CORDE,**

    **Defendant.**
_____/

**REPORT AND RECOMMENDATION ON THE SUPERSEDING PETITION**
**FOR OFFENDER UNDER SUPERVISION**

**THIS CAUSE** came before me for a status hearing on May 10, 2024. At that time, the Defendant represented – through counsel – that he did not wish to contest Violation Numbers 3, 5, and 7 alleged in the Superseding Petition for Offender under Supervision (the "Superseding Petition"). DE 77. The Government agreed to dismiss the remaining violations at sentencing. I therefore recommend as follows:

    1.    The Superseding Petition alleges eleven (11) violations of supervised release. The Defendant indicated that he did not wish to contest Violation Numbers 3, 5, and 7. The Government agreed to dismiss Violation Numbers 1, 2, 4, 6, 8, 9, 10, and 11 at sentencing.

    2.    The Government proffered the facts relating to Violation Numbers 3, 5, and 7 alleged in the Superseding Petition and in the Memorandum from United States Probation Officer Kendra Schofield-Bailey dated February 6, 2024.

3. The Defendant did not seek to cross-examine any witnesses and did not present any witnesses or evidence.  I advised the Defendant of his rights in this regard, and the Defendant agreed that he did not wish to cross-examine witnesses or present any witnesses or evidence.

4. I have considered the Government's proffer, which was admitted without objection or cross-examination, and find that it establishes by a preponderance of the evidence that the Defendant committed Violation Numbers 3, 5, and 7.

5. The possible maximum penalties faced by the Defendant were read into the record, and the Defendant stated that he understood those penalties.

**ACCORDINGLY**, I recommend to the District Court that the Defendant be found to have violated his supervised release with respect to Violation Numbers 3, 5, and 7, and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter. **The parties agreed to a shortened objections period of seven (7) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Robin L. Rosenberg, the United States District Judge assigned to this case.**  Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND RECOMMENDED** in Chambers at Fort Pierce, Florida, this 10th  day of May, 2024.

_____
SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE